**FISHER & PHILLIPS LLP**
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: ddornak@fisherphillips.com
Attorney for Defendant,
Republic Services of Southern Nevada

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PETER BOTTZECK, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>REPUBLIC SERVICES, INC., and DOES I through X, inclusive, and ROE CORPORATIONS 1 through X, inclusive<br><br>Defendants. | Case No. 2:17-cv-02988-JCM-GWF<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Peter Bottzeck ("Plaintiff") and Defendant Republic Silver State Disposal, Inc. d/b/a Republic Services of Southern Nevada ("Defendant"), inappropriately identified as Republic Services, Inc., by and through their respective counsel of record, that Plaintiff's Complaint be dismissed with prejudice with each party to bear their own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

1  The foregoing stipulation has been made by both parties and as consideration
2  for a separate settlement agreement and global release of all claims negotiated during
3  the Settlement Conference with Magistrate Judge Carl W. Hoffman on July 11, 2018.

DATED this 7th day of September, 2018.    DATED this 7th day of September, 2018.

HOLMAN LAW OFFICE                          FISHER & PHILLIPS LLP


By: */s/ Kristina S. Holman*               By: */s/ David B. Dornak, Esq.*
   KRISTINA S. HOLMAN, ESQ.                   DAVID B. DORNAK, ESQ.
   3470 E. Russell Road, Suite 202            300 South Fourth Street, Ste. 1500
   Las Vegas, Nevada 89120                    Las Vegas, Nevada 89101
   Attorney for Plaintiff                     Attorney for Defendant


                            IT IS SO ORDERED:

                            _____
                            UNITED STATES DISTRICT JUDGE
                            Dated: September 10, 2018